SPARKMAN, Respondent, v. FRISCO ORE MINING
COMPANY, Appellant.

* **St. Louis Court of Appeals, May 26, 1908.**

APPELLATE PRACTICE: Abstract of Record.   Where appel-
lant's abstract of the record fails to comply with the statute
and rule 15 of the appellate court because it contains no digest
or statement of the pleadings and facts which would enable
the court to understand the case, or of the issues involved, and
no showing that the bill of exceptions, outside of the recital
therein, was filed within the time allowed by the court, the
appeal can not be reviewed on its merits.

Appeal from Christian Circuit Court.—*Hon. John T.
Moore,* Judge.

AFFIRMED.

*W. P. Sullivan* for appellant.

*J. C. West* and *J. T. White* for respondent.

GOODE, J.—After an attentive study of the state-
ment and brief filed by appellant in this case, or rather,
of the "brief" as he styles it, we have concluded it
must be dismissed for failure to comply with the stat-
ute regulating appeals and with Rule 15 of this court.
The appeal is here on a long transcript which is rather
voluminous, both in pleadings and testimony.    No di-
gest or statement of the pleadings and facts which
would enable the court to understand the case at all,
has been made.    One cannot gather the issues or the
testimony on them pro and con from the statement.
Neither is there any showing, except by recital in the
bill of exceptions itself, that said bill was filed within
the time allowed by the court; that is, within the ex-
tension of time originally granted.    For these reasons
the appeal cannot be reviewed on its merits.    [Williams

v. Harris, 110 Mo. App. 538, 85 S. W. 643; Western
Storage Co. v. Glasner, 150 Mo. 426, 52 S. W. 237; Clay
v. Pub. Co., 200 Mo. 665, 98 S. W. 575.]     The judg-
ment is affirmed.     All concur.